Willard Howard WOOD, Appellant, v. STATE of Texas, Appellee.

No. 22915.

Court of Criminal Appeals of Texas.

June 7, 1944.

J. W. Strode of Conroe, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

For the offense of murder, appellant has been sentenced to serve fifteen years in the state penitentiary.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting that his appeal be withdrawn. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.